## SHIPMAN *v.* DISTRICT OF COLUMBIA.

## DISTRICT OF COLUMBIA *v.* SHIPMAN.

### APPEALS FROM THE COURT OF CLAIMS.

Argued November 3, 1886. — Decided November 15, 1886.

Shipman did a large amount of work for the District of Columbia under a contract, and was paid for it according to its terms. He sued the District in the Court of Claims, in equity, alleging a mistake in the contract, asking to have it reformed, and claiming to recover a large sum. The District answered and filed large counterclaims for alleged overpayments. The Court of Claims refused to reform the contract, but gave judgment for Shipman in the sum of $652.11, being the balance on the adjustment of such claims and counterclaims as were allowed by the court. See 18 C. Cl. 291. Both parties appealed. On the facts found in the record, this court affirms the judgment of the Court of Claims.

*Mr. W. Willougby* for Shipman.

*Mr. Solicitor General* for the District of Columbia.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The judgment in this case is affirmed. No disputed questions of law are involved, and our views of the facts are so well expressed in the carefully prepared opinion of the Court of Claims found in *Shipman* v. *District of Columbia*, 18 C. Cl. 291, that we deem it unnecessary to do more than to refer to that opinion for the reasons of our decision. See Appendix.

*Affirmed.*